# Exhibit 2

| US11471072B2 | WHOOP 5.0 ("The accused product") |
|---|---|
| 1. A non-transitory computer readable medium carrying computer executable instructions configured to cause a portable device to execute a method comprising the steps of: | The accused product comprises a non-transitory computer readable medium (e.g., a memory storage of the accused product) carrying computer executable instructions (e.g., instructions stored in memory such as operating system instructions, app instructions, etc.) configured to cause a portable device (e.g., the accused product) to execute a method. <br><br> The accused product is a portable device which comprises a memory storage. It includes firmware to perform its functions. The memory storage contains instructions and data related to the firmware. <br><br>  <br><br> https://www.whoop.com/us/en/peak/ |



portable device

https://www.whoop.com/us/en/thelocker/introducing-whoop-5-0-and-whoop-mg/



https://www.whoop.com/us/en/thelocker/introducing-whoop-5-0-and-whoop-mg/



https://www.youtube.com/watch?v=xVeYimYG7Q8

**Main board**

The main board of the WHOOP 5.0 contains the main memory and processors that are used on the fitness band. Specifically, this includes:

- Ambiq Micro's ARM 32-bit Cortex-M4 MCU with Bluetooth
- TDK-InvenSense's six-axis MEMS gyroscope and accelerometer
- Renesas' programmable mixed signal array
- Winbond's serial flash memory
- GLF Integrated Power's load switch
- Onsemi's battery fuel gauge and 200 mA/1.8 V LDO regulator
- Monolithic Power Systems' power management IC
- Texas Instruments' four-channel LED driver and haptic driver
- Micron's SLC NAND flash memory ——————— readable medium

https://electronics360.globalspec.com/article/23159/techinsights-teardown-whoop-5-0

# WHOOP 5.0/MG Firmware Release Notes

## Overview

instructions

At WHOOP, we strive to continuously improve your experience. We deliver these improvements through regular firmware updates, which include minor bug fixes, performance enhancements, and overall system optimizations. Firmware updates are delivered automatically through the WHOOP app, and can also be manually installed by following this guide.

## What's included in the latest Firmware version

| Firmware Version |
| --- |
| Firmware version 50.35.1.0 (current version)<br><br>• Improved error reporting<br>• Improved operational efficiency<br>• Improved battery life<br>• Bug fixes |
| Firmware version 50.34.1.0<br><br>• Improved error reporting<br>• Improved operational efficiency<br>• Bug fixes |

https://support.whoop.com/s/article/WHOOP-5-0-MG-Firmware-Release-Notes?language=en_US

<table>
<tr><td></td><td>

# Firmware Definition

**Firmware** is a form of microcode or program embedded into hardware devices to help them operate effectively. Hardware like cameras, mobile phones, network cards, optical drives, printers, routers, scanners, and television remotes rely on firmware built into their memory to function smoothly.

Firmware is often referred to as "software for hardware." However, there is a difference between firmware and software. Firmware provides instructions to help hardware start up, communicate with other devices, and perform basic input/output tasks. Software, on the other hand, is installed onto a device and used for interaction, such as browsing the internet, word processing, listening to music, and videoconferencing.

https://www.fortinet.com/resources/cyberglossary/what-is-firmware

</td></tr>
<tr><td>

measuring a physical periodic motion of a peripheral artery with a pulse sensor,

*1: 5-10*

("According to an embodiment, a pulse monitor includes a sensor disposed over *an artery (e.g., a peripheral artery),*

</td><td>

The accused product practices measuring a physical periodic motion (e.g., periodic expansion and contraction motion of artery corresponding to heart pumping, pulse rate, etc.) of a peripheral artery (e.g., radial artery at wrist of a user) with a pulse sensor (e.g., heart rate sensor, etc.).

The accused product is a wristwatch and comprises an optical PPG heart rate sensor. When a user puts the watch on their wrist, it measures heart rate using this sensor.

</td></tr>
</table>

| | |
|---|---|
| *such as a wrist-worn sensor that may detect a periodic expansion of the radial artery. The frequency of the periodic expansion is indicative of heart rate."* ) | Under the hood, WHOOP 5.0 features an enhanced photoplethysmography (PPG) sensor for cleaner heart rate signals and a more accurate accelerometer for better step tracking and movement classification. It also improves skin temperature tracking compared to WHOOP 4.0.<br><br>Battery life has more than tripled. Members can now go up to **14 days** on a single charge. You'll also get more flexibility when it's time to recharge.<br><br>https://support.whoop.com/s/article/Unlock-New-with-WHOOP-5-0?language=en_US<br><br><br><br>https://www.youtube.com/watch?v=xVeYimYG7Q8 |



https://www.whoop.com/us/en/thelocker/introducing-whoop-5-0-and-whoop-mg/

Your **heart rate** is the number of times your heart beats per minute. Your heart rate is commonly called your pulse.

https://www.heart.org/en/health-topics/high-blood-pressure/the-facts-about-high-blood-pressure/all-about-heart-rate-pulse

## What is the Health Monitor and How Does It Work?

Health Monitor displays your live heart rate along with key health metrics from the previous night's sleep. WHOOP tracks blood oxygen levels (SpO2) and skin temperature in addition to respiratory rate, resting heart rate, and heart rate variability. The monitor indicates whether each of these health stats are within your personal normal range.



measuring a physical periodic motion of a peripheral artery

https://www.whoop.com/us/en/thelocker/health-monitor-feature/



measuring a physical periodic motion of a peripheral artery

https://www.whoop.com/us/en/thelocker/what-is-my-target-heart-rate-zone-how-to-measure-it/



https://www.youtube.com/watch?v=eG56FqqmQrU



https://www.youtube.com/watch?v=eG56FqqmQrU

As shown below, the wrist of the user has a periphery artery i.e., radial artery, through which pulse rate of the user can be measured. The radial artery expends & contracts corresponding to the heart pumping which is a physical periodic motion. The heart rate i.e., pulse rate is measured by counting the number of periodic motions in a certain time period or frequency of the periodic motion from the radial artery (e.g., periphery artery) using the heart sensors of the accused product.

The Radial artery is a large blood vessel that provides oxygenated blood to the lateral aspect of the forearm, wrist and hand. The radial artery, with the radial vein, runs distally on the anterior part of the forearm, In less than 1% of the population, the radial artery takes a superficial course in the anatomical snuff box.[1] It is recommended for arterial pulsation to taken at the anatomical snuffbox. This is because the variation of the radial artery can be mistaken for the cephalic vein. The brachial artery terminates at the cubital fossa where it bifurcates into the ulnar artery and a smaller radial artery.[2]



## Path

The radial artery forms as a bifurcation of the brachial artery in the antecubital fossa. It runs distally, serving as a landmark for the division between the anterior band and posterior compartments of the forearm. The radial and ulnar arteries originate as a bifurcation of the axillary artery in the cubital fossa and serve as the major perforators to the forearm. Following its bifurcation, the radial artery runs along the lateral aspect of the forearm

https://www.physio-pedia.com/Radial_Artery



https://www.mickeymed.com/article/radial_artery_clinical_notes

The radial artery is clinically significant as a medium to assess the heart rate. Most clinicians take the radial pulse between the tendons of the brachioradialis and flexor carpi radialis. This is because it is where the radial artery lies superficially and thus makes the pulse more detectable.[3]

Allen's test is used to assess the arterial blood supply of the hand. In most scenarios, the radial and ulnar arteries are compressed. The ulnar artery is then released and the pattern of filling in the hand is observed and assessed.[6] Allen's test plays an important role as a screening method to assess the circulation of the hand before harvesting the radial artery to be used as an arterial conduit for a coronary artery bypass graft. The radial artery is an ideal graft candidate due to its diameter, length, and ease of harvesting of the blood vessel. This test can also be used before sampling blood from the radial artery for arterial blood gas analysis.[2]

Radial pulse

https://www.physio-pedia.com/Radial_Artery

**Electrical (electrocardiography)**: Your heart generates a small electrical current with every heartbeat. Heart rate monitors with electrical detection capabilities can detect and track that current.

**Optical (photoplethysmography)**: These devices use infrared light to see the expansion of your arteries as your heart pumps blood through them. These devices track your pulse rate, and some can also estimate the oxygen levels in your blood.

https://my.clevelandclinic.org/health/diagnostics/23429-heart-rate-monitor

| each          measured | The accused product practices such that each measured physical periodic motion (e.g., |
| --- | --- |

| | |
|---|---|
| physical periodic motion including a modulation and a pulse rate, wherein the modulation corresponds to a difference or ratio between systolic peak and diastolic hump corresponding to respective expansion of the peripheral artery during the physical periodic motion; | periodic expansion and contraction motion of artery corresponding to heart pumping, pulse rate, etc.) including a modulation (e.g., heart rate variability, HRV, etc.) and a pulse rate (e.g., heart rate, etc.), wherein the modulation (e.g., heart rate variability, HRV, etc.) corresponds to a difference or ratio between systolic peak (e.g., R-peak of a heart electric signal which indicates peak during systolic phase, etc.) and diastolic hump (e.g., T-peak of a heart electric signal which indicates diastolic hump, etc.) corresponding to respective expansion of the peripheral artery (e.g., radial artery at wrist of a user) during the physical periodic motion (e.g., heart rate which measures periodic motion of heart beating, pulse rate, etc.).<br><br>The accused product is a wristwatch and comprises an optical PPG heart rate sensor. When a user puts the watch on their wrist, it measures heart rate using this sensor.<br><br>Under the hood, WHOOP 5.0 features an enhanced photoplethysmography (PPG) sensor for cleaner heart rate signals and a more accurate accelerometer for better step tracking and movement classification. It also improves skin temperature tracking compared to WHOOP 4.0.<br><br>Battery life has more than tripled. Members can now go up to **14 days** on a single charge. You'll also get more flexibility when it's time to recharge.<br>https://support.whoop.com/s/article/Unlock-New-with-WHOOP-5-0?language=en_US |



https://www.youtube.com/watch?v=xVeYimYG7Q8



https://www.whoop.com/us/en/thelocker/introducing-whoop-5-0-and-whoop-mg/

Your **heart rate** is the number of times your heart beats per minute. Your heart rate is commonly called your pulse.

https://www.heart.org/en/health-topics/high-blood-pressure/the-facts-about-high-blood-pressure/all-about-heart-rate-pulse

## What is the Health Monitor and How Does It Work?

Health Monitor displays your live heart rate along with key health metrics from the previous night's sleep. WHOOP tracks blood oxygen levels (SpO2) and skin temperature in addition to respiratory rate, resting heart rate, and heart rate variability. The monitor indicates whether each of these health stats are within your personal normal range.



https://www.whoop.com/us/en/thelocker/health-monitor-feature/



https://www.whoop.com/us/en/thelocker/what-is-my-target-heart-rate-zone-how-to-measure-it/



https://www.youtube.com/watch?v=eG56FqqmQrU



https://www.youtube.com/watch?v=eG56FqqmQrU

As shown below, the wrist of the user has a periphery artery i.e., radial artery through which heart rate of the user can be measured. The accused product determines two metrices heart rate and heart rate variability (HRV) (e.g., modulation) using the heart sensors. The heart rate represents beating of the heart in a certain time period and heart rate variability is a measure of the variation in time between each heartbeat.

**Electrical (electrocardiography)**: Your heart generates a small electrical current with every heartbeat. Heart rate monitors with electrical detection capabilities can detect and track that current.

**Optical (photoplethysmography)**: These devices use infrared light to see the expansion of your arteries as your heart pumps blood through them. These devices track your pulse rate, and some can also estimate the oxygen levels in your blood.
https://my.clevelandclinic.org/health/diagnostics/23429-heart-rate-monitor

Under the hood, WHOOP 5.0 features an enhanced photoplethysmography (PPG) sensor for cleaner heart rate signals and a more accurate accelerometer for better step tracking and movement classification. It also improves skin temperature tracking compared to WHOOP 4.0.

Battery life has more than tripled. Members can now go up to **14 days** on a single charge. You'll also get more flexibility when it's time to recharge.
https://support.whoop.com/s/article/Unlock-New-with-WHOOP-5-0?language=en_US

## What is the Health Monitor and How Does It Work?

Health Monitor displays your live heart rate along with key health metrics from the previous night's sleep. WHOOP tracks blood oxygen levels (SpO2) and skin temperature in addition to respiratory rate, resting heart rate, and heart rate variability. The monitor indicates whether each of these health stats are within your personal normal range.



https://www.whoop.com/us/en/thelocker/health-monitor-feature/



https://www.whoop.com/us/en/thelocker/what-is-my-target-heart-rate-zone-how-to-measure-it/

## Understanding Stress & How WHOOP Provides Insights

Stress is a natural response that signals your body's level of activation or alertness. It's neither inherently good nor bad—its effects depend on your **goals, activities, and overall physiological state**.

WHOOP provides real-time insights into stress using:

- **Heart Rate (HR)** and **Heart Rate Variability (HRV)** data.

- A comparison to your **personal HRV baseline**, dynamically updated over time.

- **Motion tracking** to distinguish stress from physical exertion.

This analysis generates your **Stress Score**, a personalized metric that helps you understand **how stress impacts your body throughout the day**.

https://support.whoop.com/s/article/Get-to-Know-the-Stress-Monitor?language=en_US

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

During a beat interval, the radial artery undergoes expansion during systolic phase (followed by a diastolic phase) of the beat cycle. If T is the duration of a pulse, and T1 and T2 correspond to the timing of a systolic peak and a diastolic hump respectively relative to the start of the pulse, T2-T1 corresponds to the modulation in respect of the periodic motion of the radial artery. If during the next pulse cycle, the pulse duration becomes $\alpha*T$, the difference between systolic peak and diastolic hump will become (T+ $\alpha*$T2) – (T+

α*T1) = α(T2-T1) considering the shape of arterial line waveforms. The change (modulation) in the difference between systolic peak and diastolic hump will, in successive beat cycles, will be: α(T2-T1)- (T2-T1) = (T2-T1) (α-1). T2-T1 is scaled by (α -1) as a consequence of change in the duration of pulse. The value (α-1) is nothing but a measure of heart rate variability, defined as the variation in beat-to-beat interval. Considering T and α*T as the pulse durations in successive cycles hereinabove, the variation in beat-to-beat interval will be: α*T-T= T (α-1). The modulation corresponding to a difference or ratio between systolic peak and diastolic hump corresponding to respective expansion of the peripheral artery during the physical periodic motion is therefore heart rate variability.

While RHR measures the number of beats per minute at resting, HRV measures the fluctuation in time between successive heart beats. On an electrocardiogram reading, we will see a number of spikes within each heartbeat. First is PR interval (atrial polarization or activation), followed by the QT interval (ventricular depolarization and repolarization). Within the QT interval is the QRS complex, as seen in the large spike on the picture. The top of this spike is the R wave, and the distance between R waves is known as the R-R interval, which is then used to calculate HRV.



https://performanceoptimalhealth.com/blog/exercise/heart-rate-variability/



https://performanceoptimalhealth.com/blog/exercise/heart-rate-variability/



https://derangedphysiology.com/main/cicm-primary-exam/required-reading/cardiovascular-system/Chapter%20760/normal-arterial-line-waveforms

| receiving the modulation and the pulse rate with a microcontroller and saving the modulation and the pulse rate to a buffer memory as a modulation history and a pulse rate history, | The accused product practices receiving the modulation (e.g., heart rate variability, HRV, etc.) and the pulse rate (e.g., heart rate, etc.) with a microcontroller (e.g., microcontroller of the accused product) and saving the modulation (e.g., heart rate variability, HRV, etc.) and the pulse rate (e.g., heart rate, etc.) to a buffer memory (e.g., RAM of the accused product) as a modulation history (e.g., heart rate variability historical data) and a pulse rate history (e.g., heart rate historical data).<br><br>The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It receives values for these metrics from the sensors via a microcontroller, i.e., the Ambiq Micro's ARM 32-bit Cortex-M4 MCU with |

Bluetooth, of the accused product.

The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values. The accused product stores heart rate values and heart rate variability values for determining baseline value in its memory storage.

Further, the accused product determines a daily average heart rate value and heart rate variability value during sleep. It must store their values during sleep to determine average values.



https://www.youtube.com/watch?v=xVeYimYG7Q8



https://www.whoop.com/us/en/thelocker/introducing-whoop-5-0-and-whoop-mg/

Your **heart rate** is the number of times your heart beats per minute. Your heart rate is commonly called your pulse.

https://www.heart.org/en/health-topics/high-blood-pressure/the-facts-about-high-blood-pressure/all-about-heart-rate-pulse

## What is the Health Monitor and How Does It Work?

Health Monitor displays your live heart rate along with key health metrics from the previous night's sleep. WHOOP tracks blood oxygen levels (SpO2) and skin temperature in addition to respiratory rate, resting heart rate, and heart rate variability. The monitor indicates whether each of these health stats are within your personal normal range.



https://www.whoop.com/us/en/thelocker/health-monitor-feature/



https://www.whoop.com/us/en/thelocker/what-is-my-target-heart-rate-zone-how-to-measure-it/



https://www.youtube.com/watch?v=eG56FqqmQrU



https://www.youtube.com/watch?v=eG56FqqmQrU

## Understanding Stress & How WHOOP Provides Insights

Stress is a natural response that signals your body's level of activation or alertness. It's neither inherently good nor bad—its effects depend on your **goals, activities, and overall physiological state**.

WHOOP provides real-time insights into stress using:

- **Heart Rate (HR)** and **Heart Rate Variability (HRV)** data.

- A comparison to your **personal HRV baseline**, dynamically updated over time.

- **Motion tracking** to distinguish stress from physical exertion.

This analysis generates your **Stress Score**, a personalized metric that helps you understand **how stress impacts your body throughout the day**.

https://support.whoop.com/s/article/Get-to-Know-the-Stress-Monitor?language=en_US

| | |
|---|---|
| | Stress Monitor closely tracks daily stress levels in real-time through continuous heart rate variability (HRV) and resting heart rate measurements, and coaches WHOOP members through scientifically-validated approaches to managing physiological stress. Each member's current reading, which is converted into a personalized Stress Score, is then compared to their individual HRV baseline from the last 14 days, as well as their typical resting heart rate. When generating a member's Stress Score, WHOOP is able to delineate between moments of physiological stress and physical strain. The stress-relieving interventions integrated into the WHOOP app help increase alertness (cyclic hyperventilation) and increase relaxation (physiological sigh) that can be customized for length and intensity. As Stress Scores start to climb, members will be notified so that they can manage it in real-time via the app's breathwork protocols.<br><br>https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature-first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/ |



https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature-first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/



https://www.youtube.com/watch?v=iL-wRZlxsXU

As shown below, the wrist of the user has a periphery artery i.e., radial artery through which heart rate of the user can be measured. The accused product determines two metrices heart rate and heart rate variability (HRV) (e.g., modulation) using the heart sensors. The heart rate represents beating of the heart in a certain time period and heart rate variability is a measure of the variation in time between each heartbeat.

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute. [4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation. [5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

## What is the Health Monitor and How Does It Work?

Health Monitor displays your live heart rate along with key health metrics from the previous night's sleep. WHOOP tracks blood oxygen levels (SpO2) and skin temperature in addition to respiratory rate, resting heart rate, and heart rate variability. The monitor indicates whether each of these health stats are within your personal normal range.



https://www.whoop.com/us/en/thelocker/health-monitor-feature/



https://www.whoop.com/us/en/thelocker/what-is-my-target-heart-rate-zone-how-to-measure-it/



https://www.youtube.com/watch?v=eG56FqqmQrU



https://www.youtube.com/watch?v=eG56FqqmQrU

As shown below, the accused product comprises an Ambiq Micro's ARM 32-bit Cortex-M4 MCU and a RAM memory storage.

**Main board**

The main board of the WHOOP 5.0 contains the main memory and processors that are used on the fitness band. Specifically, this includes:

- Ambiq Micro's ARM 32-bit Cortex-M4 MCU with Bluetooth — microcontroller
- TDK-InvenSense's six-axis MEMS gyroscope and accelerometer
- Renesas' programmable mixed signal array
- Winbond's serial flash memory
- GLF Integrated Power's load switch
- Onsemi's battery fuel gauge and 200 mA/1.8 V LDO regulator
- Monolithic Power Systems' power management IC
- Texas Instruments' four-channel LED driver and haptic driver
- Micron's SLC NAND flash memory

https://electronics360.globalspec.com/article/23159/techinsights-teardown-whoop-5-0



https://ambiq.com/wp-content/uploads/2023/07/Apollo-Lite-Blue-Lite-Product-Introduction.pdf

| determining, with the microcontroller, at least one limit further including at least one of a modulation limit value, a pulse rate limit value, and a blood flow limit value, from the modulation history | The accused product practices determining, with the microcontroller (e.g., microcontroller of the accused product), at least one limit (e.g., baseline limit) further including at least one of a modulation limit value (e.g., a limit related to heart rate variability, HRV limit, etc.), a pulse rate limit value, and a blood flow limit value, from the modulation history (e.g., historical measured HRV values) and the pulse rate history (e.g., historical measured heart rate values). The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It receives values for these metrics from the |

| | |
|---|---|
| and the pulse rate history; | sensors via a microcontroller, i.e., Ambiq Micro's ARM 32-bit Cortex-M4 MCU with Bluetooth, of the accused product.<br><br>The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values.<br><br>## What is the Health Monitor and How Does It Work?<br><br>Health Monitor displays your live heart rate along with key health metrics from the previous night's sleep. WHOOP tracks blood oxygen levels (SpO2) and skin temperature in addition to respiratory rate, resting heart rate, and heart rate variability. The monitor indicates whether each of these health stats are within your personal normal range.<br><br><br><br>https://www.whoop.com/us/en/thelocker/health-monitor-feature/ |



https://www.whoop.com/us/en/thelocker/what-is-my-target-heart-rate-zone-how-to-measure-it/



https://www.youtube.com/watch?v=eG56FqqmQrU



https://www.youtube.com/watch?v=eG56FqqmQrU

## Understanding Stress & How WHOOP Provides Insights

Stress is a natural response that signals your body's level of activation or alertness. It's neither inherently good nor bad—its effects depend on your **goals, activities, and overall physiological state**.

WHOOP provides real-time insights into stress using:

- **Heart Rate (HR)** and **Heart Rate Variability (HRV)** data.

- A comparison to your **personal HRV baseline**, dynamically updated over time.

- **Motion tracking** to distinguish stress from physical exertion.

This analysis generates your **Stress Score**, a personalized metric that helps you understand **how stress impacts your body throughout the day**.

https://support.whoop.com/s/article/Get-to-Know-the-Stress-Monitor?language=en_US

As shown below, the wrist of the user has a periphery artery i.e., radial artery through which heart rate of the user can be measured. The accused product determines two metrices heart rate and heart rate variability (HRV) (e.g., modulation) using the heart sensors. The heart rate represents beating of the heart in a certain time period and heart rate variability is a measure of the variation in time between each heartbeat.

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute. [4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation. [5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

## Understanding Stress & How WHOOP Provides Insights

Stress is a natural response that signals your body's level of activation or alertness. It's neither inherently good nor bad—its effects depend on your **goals, activities, and overall physiological state**.

WHOOP provides real-time insights into stress using:

- **Heart Rate (HR)** and **Heart Rate Variability (HRV)** data.

- A comparison to your **personal HRV baseline**, dynamically updated over time.

- **Motion tracking** to distinguish stress from physical exertion.

This analysis generates your **Stress Score**, a personalized metric that helps you understand **how stress impacts your body throughout the day**.

https://support.whoop.com/s/article/Get-to-Know-the-Stress-Monitor?language=en_US

| | Stress Monitor closely tracks daily stress levels in real-time through continuous heart rate variability (HRV) and resting heart rate measurements, and coaches WHOOP members through scientifically-validated approaches to managing physiological stress. Each member's current reading, which is converted into a personalized Stress Score, is then compared to their individual HRV baseline from the last 14 days, as well as their typical resting heart rate. When generating a member's Stress Score, WHOOP is able to delineate between moments of physiological stress and physical strain. The stress-relieving interventions integrated into the WHOOP app help increase alertness (cyclic hyperventilation) and increase relaxation (physiological sigh) that can be customized for length and intensity. As Stress Scores start to climb, members will be notified so that they can manage it in real-time via the app's breathwork protocols.<br><br>https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature-first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/ |



https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature-first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/



https://www.youtube.com/watch?v=iL-wRZlxsXU

# What is the Health Monitor and How Does It Work?

Health Monitor displays your live heart rate along with key health metrics from the previous night's sleep. WHOOP tracks blood oxygen levels (SpO2) and skin temperature in addition to respiratory rate, resting heart rate, and heart rate variability. The monitor indicates whether each of these health stats are within your personal normal range.



https://www.whoop.com/us/en/thelocker/health-monitor-feature/



https://www.whoop.com/us/en/thelocker/what-is-my-target-heart-rate-zone-how-to-measure-it/



https://www.youtube.com/watch?v=eG56FqqmQrU



https://www.youtube.com/watch?v=eG56FqqmQrU

As shown below, the accused product comprises an Ambiq Micro's ARM 32-bit Cortex-M4 MCU with Bluetooth.

**Main board**

The main board of the WHOOP 5.0 contains the main memory and processors that are used on the fitness band. Specifically, this includes:

- Ambiq Micro's ARM 32-bit Cortex-M4 MCU with Bluetooth — microcontroller
- TDK-InvenSense's six-axis MEMS gyroscope and accelerometer
- Renesas' programmable mixed signal array
- Winbond's serial flash memory
- GLF Integrated Power's load switch
- Onsemi's battery fuel gauge and 200 mA/1.8 V LDO regulator
- Monolithic Power Systems' power management IC
- Texas Instruments' four-channel LED driver and haptic driver
- Micron's SLC NAND flash memory

https://electronics360.globalspec.com/article/23159/techinsights-teardown-whoop-5-0



https://ambiq.com/wp-content/uploads/2023/07/Apollo-Lite-Blue-Lite-Product-Introduction.pdf

| writing the at least one limit to a non-transitory computer readable medium; | The accused product practices writing the at least one limit (e.g., baseline limit) to a non-transitory computer readable medium (e.g., memory of the accused product).<br><br>The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It receives values for these metrics from the sensors via a microcontroller, i.e., the Ambiq Micro's ARM 32-bit Cortex-M4 MCU with Bluetooth, of the accused product.<br><br>The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it |

determines a baseline value of HRV which is a rolling average of earlier measured HRV values. The accused product stores the baseline HRV value to determine stress condition of the user.

## What is the Health Monitor and How Does It Work?

Health Monitor displays your live heart rate along with key health metrics from the previous night's sleep. WHOOP tracks blood oxygen levels (SpO2) and skin temperature in addition to respiratory rate, resting heart rate, and heart rate variability. The monitor indicates whether each of these health stats are within your personal normal range.



https://www.whoop.com/us/en/thelocker/health-monitor-feature/



https://www.whoop.com/us/en/thelocker/what-is-my-target-heart-rate-zone-how-to-measure-it/



https://www.youtube.com/watch?v=eG56FqqmQrU



https://www.youtube.com/watch?v=eG56FqqmQrU

**Main board**

The main board of the WHOOP 5.0 contains the main memory and processors that are used on the fitness band. Specifically, this includes:

- Ambiq Micro's ARM 32-bit Cortex-M4 MCU with Bluetooth
- TDK-InvenSense's six-axis MEMS gyroscope and accelerometer
- Renesas' programmable mixed signal array
- Winbond's serial flash memory
- GLF Integrated Power's load switch
- Onsemi's battery fuel gauge and 200 mA/1.8 V LDO regulator
- Monolithic Power Systems' power management IC
- Texas Instruments' four-channel LED driver and haptic driver
- Micron's SLC NAND flash memory ——————— readable medium

https://electronics360.globalspec.com/article/23159/techinsights-teardown-whoop-5-0

## Understanding Stress & How WHOOP Provides Insights

Stress is a natural response that signals your body's level of activation or alertness. It's neither inherently good nor bad—its effects depend on your **goals, activities, and overall physiological state**.

WHOOP provides real-time insights into stress using:

- **Heart Rate (HR)** and **Heart Rate Variability (HRV)** data.

- A comparison to your **personal HRV baseline**, dynamically updated over time.

- **Motion tracking** to distinguish stress from physical exertion.

This analysis generates your **Stress Score**, a personalized metric that helps you understand **how stress impacts your body throughout the day**.

https://support.whoop.com/s/article/Get-to-Know-the-Stress-Monitor?language=en_US

As shown below, the wrist of the user has a periphery artery i.e., radial artery through which heart rate of the user can be measured. The accused product determines two metrices heart rate and heart rate variability (HRV) (e.g., modulation) using the heart sensors. The heart rate represents beating of the heart in a certain time period and heart rate variability is a measure of the variation in time between each heartbeat.

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute.[4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation.[5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

## Understanding Stress & How WHOOP Provides Insights

Stress is a natural response that signals your body's level of activation or alertness. It's neither inherently good nor bad—its effects depend on your **goals, activities, and overall physiological state**.

WHOOP provides real-time insights into stress using:

- **Heart Rate (HR)** and **Heart Rate Variability (HRV)** data.

- A comparison to your **personal HRV baseline**, dynamically updated over time.

- **Motion tracking** to distinguish stress from physical exertion.

This analysis generates your **Stress Score**, a personalized metric that helps you understand **how stress impacts your body throughout the day**.

https://support.whoop.com/s/article/Get-to-Know-the-Stress-Monitor?language=en_US

| | |
|---|---|
| | Stress Monitor closely tracks daily stress levels in real-time through continuous heart rate variability (HRV) and resting heart rate measurements, and coaches WHOOP members through scientifically-validated approaches to managing physiological stress. Each member's current reading, which is converted into a personalized Stress Score, is then compared to their individual HRV baseline from the last 14 days, as well as their typical resting heart rate. When generating a member's Stress Score, WHOOP is able to delineate between moments of physiological stress and physical strain. The stress-relieving interventions integrated into the WHOOP app help increase alertness (cyclic hyperventilation) and increase relaxation (physiological sigh) that can be customized for length and intensity. As Stress Scores start to climb, members will be notified so that they can manage it in real-time via the app's breathwork protocols.<br><br>https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature-first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/ |



https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature-first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/



https://www.youtube.com/watch?v=iL-wRZlxsXU

| comparing, with the microcontroller, one or more measured instances of the modulation, a blood flow rate, and the pulse rate to at least one of the modulation limit value, the pulse rate limit value, and the blood flow limit value; and | The accused product practices comparing (e.g., comparing baseline HRV value with a measured HRV value to determine stress level), with the microcontroller (e.g., microcontroller of the accused product), one or more measured instances of the modulation (e.g., heart rate variability, HRV, etc.), a blood flow rate, and the pulse rate (e.g., heart rate) to at least one of the modulation limit value (e.g., baseline HRV value), the pulse rate limit value, and the blood flow limit value.

The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It receives values for these metrics from the sensors via a microcontroller, i.e., the Ambiq Micro's ARM 32-bit Cortex-M4 MCU with Bluetooth, of the accused product.

The accused product provides a stress determination feature. It estimates stress of a |

person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values. It compares a current measured HRV value with the baseline HRV value for stress estimation.

When the current measured HRV value is greater than the baseline value of HRV, the accused product estimates it to be relaxed or less stress condition and when the current measured HRV value is less than the baseline value of HRV, it is estimated to be a stressed condition.

## Understanding Stress & How WHOOP Provides Insights

Stress is a natural response that signals your body's level of activation or alertness. It's neither inherently good nor bad—its effects depend on your **goals, activities, and overall physiological state**.

WHOOP provides real-time insights into stress using:

- **Heart Rate (HR)** and **Heart Rate Variability (HRV)** data.

- A comparison to your **personal HRV baseline**, dynamically updated over time.

- **Motion tracking** to distinguish stress from physical exertion.

This analysis generates your **Stress Score**, a personalized metric that helps you understand **how stress impacts your body throughout the day**.

https://support.whoop.com/s/article/Get-to-Know-the-Stress-Monitor?language=en_US

As shown below, the wrist of the user has a periphery artery i.e., radial artery through

which heart rate of the user can be measured. The accused product determines two metrices heart rate and heart rate variability (HRV) (e.g., modulation) using the heart sensors. The heart rate represents beating of the heart in a certain time period and heart rate variability is a measure of the variation in time between each heartbeat.

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-201711212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute. [4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation. [5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

| | Stress Monitor closely tracks daily stress levels in real-time through continuous heart rate variability (HRV) and resting heart rate measurements, and coaches WHOOP members through scientifically-validated approaches to managing physiological stress. Each member's current reading, which is converted into a personalized Stress Score, is then compared to their individual HRV baseline from the last 14 days, as well as their typical resting heart rate. When generating a member's Stress Score, WHOOP is able to delineate between moments of physiological stress and physical strain. The stress-relieving interventions integrated into the WHOOP app help increase alertness (cyclic hyperventilation) and increase relaxation (physiological sigh) that can be customized for length and intensity. As Stress Scores start to climb, members will be notified so that they can manage it in real-time via the app's breathwork protocols. <br><br> https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature-first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/ |
| --- | --- |



https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature-first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/



https://www.youtube.com/watch?v=iL-wRZlxsXU



https://www.youtube.com/watch?v=iL-wRZlxsXU

| outputting a prompt from the microcontroller via a user interface to a person if the one or more measured instances of the modulation, the blood | The accused product practices outputting a prompt (e.g., alert, message, etc.) from the microcontroller (e.g., microcontroller of the accused product) via a user interface (e.g., user interface at the display of the accused product) to a person (e.g., a user of the accused product) if the one or more measured instances of the modulation (e.g., current measured HRV), the blood flow rate, and the pulse rate (e.g., current measured heart rate) falls outside the modulation limit value (e.g., baseline HRV value), the pulse rate limit value, and the blood flow limit value. |

| flow rate, and the pulse rate falls outside the modulation limit value, the pulse rate limit value, and the blood flow limit value. | The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It receives values for these metrics from the sensors via a microcontroller, i.e., the Ambiq Micro's ARM 32-bit Cortex-M4 MCU with Bluetooth, of the accused product.<br><br>The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values. It compares a current measured HRV value with the baseline HRV value for stress estimation.<br><br>When the current measured HRV value is greater than the baseline value of HRV, the accused product estimates it to be relaxed or less stress condition and when the current measured HRV value is less than the baseline value of HRV, it is estimated to be a stressed condition. The accused product generates a message at a display using the microcontroller regarding the stress condition of the user.<br><br>Stress Monitor closely tracks daily stress levels in real-time through continuous heart rate variability (HRV) and resting heart rate measurements, and coaches WHOOP members through scientifically-validated approaches to managing physiological stress. Each member's current reading, which is converted into a personalized Stress Score, is then compared to their individual HRV baseline from the last 14 days, as well as their typical resting heart rate. When generating a member's Stress Score, WHOOP is able to delineate between moments of physiological stress and physical strain. The stress-relieving interventions integrated into the WHOOP app help increase alertness (cyclic hyperventilation) and increase relaxation (physiological sigh) that can be customized for length and intensity. As Stress Scores start to climb, members will be notified so that they can manage it in real-time via the app's breathwork protocols.<br><br>https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature- |

first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/



https://www.whoop.com/us/en/press-center/whoop-launches-new-stress-monitor-feature-first-wearable-to-measure-daily-stress-levels-and-implement-stress-reduction-interventions-in-real-time/



https://www.youtube.com/watch?v=iL-wRZlxsXU

## Understanding Stress & How WHOOP Provides Insights

Stress is a natural response that signals your body's level of activation or alertness. It's neither inherently good nor bad—its effects depend on your **goals, activities, and overall physiological state**.

WHOOP provides real-time insights into stress using:

- **Heart Rate (HR)** and **Heart Rate Variability (HRV)** data.

- A comparison to your **personal HRV baseline**, dynamically updated over time.

- **Motion tracking** to distinguish stress from physical exertion.

This analysis generates your **Stress Score**, a personalized metric that helps you understand **how stress impacts your body throughout the day**.

https://support.whoop.com/s/article/Get-to-Know-the-Stress-Monitor?language=en_US



https://www.youtube.com/watch?v=iL-wRZlxsXU

As shown below, the wrist of the user has a periphery artery i.e., radial artery through which heart rate of the user can be measured. The accused product determines two metrices heart rate and heart rate variability (HRV) (e.g., modulation) using the heart sensors. The heart rate represents beating of the heart in a certain time period and heart rate variability is a measure of the variation in time between each heartbeat.

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute. [4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation. [5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

## What is the Health Monitor and How Does It Work?

Health Monitor displays your live heart rate along with key health metrics from the previous night's sleep. WHOOP tracks blood oxygen levels (SpO2) and skin temperature in addition to respiratory rate, resting heart rate, and heart rate variability. The monitor indicates whether each of these health stats are within your personal normal range.



https://www.whoop.com/us/en/thelocker/health-monitor-feature/



https://www.whoop.com/us/en/thelocker/what-is-my-target-heart-rate-zone-how-to-measure-it/



https://www.youtube.com/watch?v=eG56FqqmQrU



https://www.youtube.com/watch?v=eG56FqqmQrU